**15-3443**

**SECT. G MAG. 3**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Brian Nicholas Washington                          CIVIL ACTION
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.
                                                   NO.

versus                                             SECTION

Marlin N Gusman

_____                    **TENDERED FOR FILING**

_____                    **AUG 13 2015**

_____                    U.S. DISTRICT COURT
                                                   Eastern District of Louisiana
Print the full name of all defendants in this            Deputy Clerk
action.
**DO NOT WRITE** et al.

COMPLAINT

I.   Previous Lawsuits

     A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved
          in this action or otherwise relating to your imprisonment?
          Yes (✓)  No ( )

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   Defendants _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _Still Pending_

6. Approximate date of filing lawsuit _May 7 2015_

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

II. PLACE OF PRESENT CONFINEMENT: _Orleans Parish_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: I was Refuse Grievance forms MANY times By (T and Staff.

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) BRIAN WASHINGTON

Prisoner Number 00241-5838

Address 4561 Skyview Dr N.O LA 70119

Date of Birth 02-01-1995

Date of Arrest 6-27-15

Date of Conviction N/A

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant _Marlin N Gusman_ is employed as _Orleans Parish Prison_ at _OPP_
    Address for service: _3000 Perdido St N.O LA 70119_

C.  Defendant _____ is employed as _____
    _____ at _____
    Address for service: _____

D.  Defendant _____ is employed as _____
    _____ at _____
    Address for service: _____

E.  Defendant _____ is employed as _____
    _____ at _____
    Address for service: _____

F.  Defendant _____ is employed as _____
    _____ at _____
    Address for service: _____

G.  Defendant _____ is employed as _____
    _____ at _____
    Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_To Whom it may concern, I Mr. Washington was Neglected, Ignored and Denied liquids, food and not Allow to Defecate. I was placed at tpt5 Tier 114 with stop up toilet over 24hrs which I had to urinate on top of other Inmate's feces._

_Unable to shower or Defecate at OPP Jail over 48hrs Being Trafered..._

4

ETC ABUSED Sexually Still placed with Other Inmates ...

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would Ask for $100,000 Dollars

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 29th day of July, 2015

(Signature of Plaintiff)

04/2006

Brian Washington
241-5838
OPP-Tier A2 cell 01
3000 Perido St
N.O. LA, 70119

U.S. District Court - Eastern
District Court of Louisiana
500 Poydras St. Suite
C-151
N.O. LA, 70130