UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN NICHOLAS WASHINGTON | CIVIL ACTION |
| VERSUS | NO. 15-3443 |
| MARLIN N. GUSMAN | SECTION "G" (3) |

# ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the claims of Brian Nicholas Washington are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**NEW ORLEANS, LOUISIANA,** this  26th  day of January, 2016.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**